**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:11CR34 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CALVIN JACOBS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motions of defendant Calvin Jacobs (Jacobs) for the issuance of pretrial subpoenas (Filing No. 43) and to reconsider a subpoena for Wright Express Credit Card documents (Filing No. 49). On December 1, 2011, the attorney for VitaSigns Unlimited set forth documents already provided to Jacobs in the Sarpy County civil lawsuit and agreed to furnish other documents by December 23, 2011. Accordingly, the motions for pretrial subpoenas are denied without prejudice.

Should Jacobs request amended pretrial subpoenas after cross-checking his requests for documents with those being furnished in the civil lawsuit, he shall do so **on or before January 7, 2012**. However, any such renewed request shall set forth each category of documents on a separate numbered line in his motion. Any motion with a running sentence or paragraph containing multiple requests will be rejected.

**IT IS SO ORDERED.**

DATED this 27th day of December, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge