IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:11CR34 |
|---|---|---|
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| CALVIN JACOBS, | ) | DESTROYED |
| Defendant. | ) | |

Pursuant to NECrimR 55.1(g), counsel for Plaintiff and Defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff and Defendant Jury Trial Exhibits From Trial Held April 2-6 and 9-12, 2012

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 16th day of April, 2012.

s/ Joseph F. Bataillon
United States District Judge